# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **STEVEN A. LAUTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CAUSE NO. 1:14-cv-00136-WTL-TAB** |
| | ) | |
| **COVANCE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

The Court having granted the Defendant's motion for summary judgment, judgment is hereby **ENTERED** in favor of the Defendant and against the Plaintiff on all of the Plaintiff's claims.

SO ORDERED: 6/14/16

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification.